IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHAD ANDREW STITES,

                Petitioner,                ORDER

v.

                                      15-cv-506-wmc

SARAH WESCOTT, DOC Supervisor, and
JOSH CHAMPION, DOC Agent,

                Respondents.

---

    Petitioner Chad Andrew Stites has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the calculation of the sentence he received when his extended supervision was revoked. As it is unclear whether Stites is still on extended supervision, he must show cause as to why his petition is not moot.

    A prisoner's petition for writ of habeas corpus requesting release from custody is moot when that prisoner already has been released from custody unless there are sufficient "collateral effects" or "legal consequences." *Lane v. Williams*, 455 U.S. 624, 632-33 (1982); *Carafas v. LaVallee*, 391 U.S. 234, 238 (1968). Petitioner has provided a copy of the judgments in Case Nos. 2003CF000424, 2006 CF000150 and 2003CF000641. According to these exhibits, the sentences that he received have been discharged, with the court most recently ordering his probationary period to end October 9, 2015. (Dkt. #1-2, at 3.) It appears, therefore, that the underlying sentence petitioner is challenging has expired. Accordingly, Stites is directed to show cause in writing why his petition should not be dismissed as moot. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

ORDER

IT IS ORDERED THAT Petitioner Chad Stites is directed to show cause in writing by January 29, 2016, why this case should not be dismissed as moot.

Entered this 11th day of January, 2016.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge