IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD ANDREW STITES,

    Petitioner,

v.

SARAH WESCOTT and
JOSH CHAMPION,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-506-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Chad Andrew Stites for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 6/2/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |